FILED

08/22/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

# IN THE SUPREME COURT FOR THE STATE OF MONTANA

No. DA 23-0266

IN THE MATTER OF:

K.P. AND K.P.,

    Youths In Need Of Care.

## ORDER

Upon consideration of Father and Appellant's Motion For Extension Of Time (First), and with good cause shown, Father and Appellant N.P. is hereby granted an extension of time until September 29, 2023, in which to prepare, file and serve Father and Appellant's opening brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 22 2023